Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
Kayleigh Andersen (State Bar No. 306442)
  *kayleigh.andersen@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF RIVERSIDE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANA ORTEGA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE; CHAD BIANCO; ERIC PISCATELLA, MARTINEZ MORENO; and DOES 1-2,<br><br>    Defendants. | Case No. 5:25-cv-02238-JGB-SP<br>District Judge: Jesus G. Bernal<br>Magistrate District:  Sheri Pym<br><br>**DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Trial Date:          N/A |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant COUNTY OF RIVERSIDE ("Defendant") answers the Complaint of Plaintiff ("Plaintiff").  If an averment is not specifically admitted, it is hereby denied.

**ANSWER TO COMPLAINT**

1.     Answering Paragraph 1, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 1 further contains legal conclusions and argument as to which no response is required.

2.     Answering Paragraph 2, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations. Paragraph 2 further contains legal conclusions and argument as to which no response is required.

3. Answering Paragraph 3, Defendant admits that the Court has jurisdiction over Plaintiff's claims. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

4. Answering Paragraph 4, Defendant admits that venue is proper in this Court.. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

5. Answering Paragraph 5, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 5 further contains legal conclusions and argument as to which no response is required.

6. Answering Paragraph 6, Defendant admits that at all relevant times, Eric Piscatella was an employee of the Riverside County Sheriff's Department, a department of the COUNTY OF RIVERSIDE. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

7. Answering Paragraph 7, Defendant admits that at all relevant times, Martinez Moreno was an employee of the Riverside County Sheriff's Department, a department of the COUNTY OF RIVERSIDE. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

8. Answering Paragraph 8, Defendant admits that COUNTY OF RIVERSIDE is a public entity in the state of California. Defendant admits that the Riverside County Sheriff's Department is a department of the COUNTY OF RIVERSIDE. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

9. Answering Paragraph 9, Defendant admits that at all relevant times, Chad Bianco was the Sheriff of the Riverside County Sheriff's Department, a

2
DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

department of the COUNTY OF RIVERSIDE. Except as expressly admitted herein, Defendant denies each and every allegation contained therein.

10. Answering Paragraph 10, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 10 further contains legal conclusions and argument as to which no response is required.

11. Answering Paragraph 11, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 11 further contains legal conclusions and argument as to which no response is required.

12. Answering Paragraph 12, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 12 further contains legal conclusions and argument as to which no response is required.

13. Answering Paragraph 13, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 13 further contains legal conclusions and argument as to which no response is required.

14. Answering Paragraph 14, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 14 further contains legal conclusions and argument as to which no response is required.

15. Answering Paragraph 15, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 15 further contains legal conclusions and argument as to which no response is required.

16. Answering Paragraph 16, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations. Paragraph 16 further contains legal conclusions and argument as to which no response is required.

17. Answering Paragraph 17, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 17 further contains legal conclusions and argument as to which no response is required.

18. Answering Paragraph 18, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 18 further contains legal conclusions and argument as to which no response is required.

19. Answering Paragraph 19, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 19 further contains legal conclusions and argument as to which no response is required.

20. Answering Paragraph 20, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 20 further contains legal conclusions and argument as to which no response is required.

21. Answering Paragraph 21, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 21 further contains legal conclusions and argument as to which no response is required.

22. Answering Paragraph 22, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 22 further contains legal conclusions and argument as to which no response is required.

23. Answering Paragraph 23, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations. Paragraph 23 further contains legal conclusions and argument as to which no response is required.

24. Answering Paragraph 24, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 24 further contains legal conclusions and argument as to which no response is required.

25. Answering Paragraph 25, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 25 further contains legal conclusions and argument as to which no response is required.

26. Answering Paragraph 26, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 26 further contains legal conclusions and argument as to which no response is required.

27. Answering Paragraph 27, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 27 further contains legal conclusions and argument as to which no response is required.

28. Answering Paragraph 28, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 28 further contains legal conclusions and argument as to which no response is required.

29. Answering Paragraph 29, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 29 further contains legal conclusions and argument as to which no response is required.

30. Answering Paragraph 30, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations. Paragraph 30 further contains legal conclusions and argument as to which no response is required.

31. Answering Paragraph 31, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 31 further contains legal conclusions and argument as to which no response is required.

32. Answering Paragraph 32, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 32 further contains legal conclusions and argument as to which no response is required.

33. Answering Paragraph 33, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 33 further contains legal conclusions and argument as to which no response is required.

34. Answering Paragraph 34, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 34 further contains legal conclusions and argument as to which no response is required.

35. Answering Paragraph 35, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 35 further contains legal conclusions and argument as to which no response is required.

36. Answering Paragraph 36, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 36 further contains legal conclusions and argument as to which no response is required.

37. Answering Paragraph 37, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations.  Paragraph 37 further contains legal conclusions and argument as to which no response is required.

38. Answering Paragraph 38, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 38 further contains legal conclusions and argument as to which no response is required.

39. Answering Paragraph 39, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 39 further contains legal conclusions and argument as to which no response is required.

40. Answering Paragraph 40, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 40 further contains legal conclusions and argument as to which no response is required.

41. Answering Paragraph 41, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 41 further contains legal conclusions and argument as to which no response is required.

42. Answering Paragraph 42, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 42 further contains legal conclusions and argument as to which no response is required.

43. Answering Paragraph 43, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 43 further contains legal conclusions and argument as to which no response is required.

44. Answering Paragraph 44, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

**DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

therein and on that basis denies such allegations.  Paragraph 44 further contains legal conclusions and argument as to which no response is required.

45. Answering Paragraph 45, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 45 further contains legal conclusions and argument as to which no response is required.

46. Answering Paragraph 46, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 46 further contains legal conclusions and argument as to which no response is required.

47. Answering Paragraph 47, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 47 further contains legal conclusions and argument as to which no response is required.

48. Answering Paragraph 48, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 48 further contains legal conclusions and argument as to which no response is required.

49. Answering Paragraph 49, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 49 further contains legal conclusions and argument as to which no response is required.

50. Answering Paragraph 50, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 50 further contains legal conclusions and argument as to which no response is required.

51. Answering Paragraph 51, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1  therein and on that basis denies such allegations.  Paragraph 51 further contains
2  legal conclusions and argument as to which no response is required.
3       52.    Answering Paragraph 52, Defendant lacks sufficient knowledge or
4  information to form a belief concerning the truth of the factual allegations contained
5  therein and on that basis denies such allegations.  Paragraph 52 further contains
6  legal conclusions and argument as to which no response is required.
7       53.    Answering Paragraph 53, Defendant lacks sufficient knowledge or
8  information to form a belief concerning the truth of the factual allegations contained
9  therein and on that basis denies such allegations.  Paragraph 53 further contains
10 legal conclusions and argument as to which no response is required.
11      54.    Answering Paragraph 54, Defendant lacks sufficient knowledge or
12 information to form a belief concerning the truth of the factual allegations contained
13 therein and on that basis denies such allegations.  Paragraph 54 further contains
14 legal conclusions and argument as to which no response is required.
15      55.    Answering Paragraph 55, Defendant lacks sufficient knowledge or
16 information to form a belief concerning the truth of the factual allegations contained
17 therein and on that basis denies such allegations.  Paragraph 55 further contains
18 legal conclusions and argument as to which no response is required.
19      56.    Answering Paragraph 56, Defendant lacks sufficient knowledge or
20 information to form a belief concerning the truth of the factual allegations contained
21 therein and on that basis denies such allegations.  Paragraph 56 further contains
22 legal conclusions and argument as to which no response is required.
23      57.    Answering Paragraph 57, Defendant lacks sufficient knowledge or
24 information to form a belief concerning the truth of the factual allegations contained
25 therein and on that basis denies such allegations.  Paragraph 57 further contains
26 legal conclusions and argument as to which no response is required.
27      58.    Answering Paragraph 58, Defendant lacks sufficient knowledge or
28 information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations. Paragraph 58 further contains legal conclusions and argument as to which no response is required.

59. Answering Paragraph 59, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 59 further contains legal conclusions and argument as to which no response is required.

60. Answering Paragraph 60, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 60 further contains legal conclusions and argument as to which no response is required.

61. Answering Paragraph 61, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 61 further contains legal conclusions and argument as to which no response is required.

62. Answering Paragraph 62, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 62 further contains legal conclusions and argument as to which no response is required.

63. Answering Paragraph 63, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 63 further contains legal conclusions and argument as to which no response is required.

64. Answering Paragraph 64, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 64 further contains legal conclusions and argument as to which no response is required.

65. Answering Paragraph 65, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations.  Paragraph 65 further contains legal conclusions and argument as to which no response is required.

66. Answering Paragraph 66, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 66 further contains legal conclusions and argument as to which no response is required.

67. Answering Paragraph 67, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 67 further contains legal conclusions and argument as to which no response is required.

68. Answering Paragraph 68, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 68 further contains legal conclusions and argument as to which no response is required.

69. Answering Paragraph 69, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 69 further contains legal conclusions and argument as to which no response is required.

70. Answering Paragraph 70, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 70 further contains legal conclusions and argument as to which no response is required.

71. Answering Paragraph 71, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 71 further contains legal conclusions and argument as to which no response is required.

72. Answering Paragraph 72, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

therein and on that basis denies such allegations.  Paragraph 72 further contains legal conclusions and argument as to which no response is required.

73. Answering Paragraph 73, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 73 further contains legal conclusions and argument as to which no response is required.

74. Answering Paragraph 74, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 74 further contains legal conclusions and argument as to which no response is required.

75. Answering Paragraph 75, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 75 further contains legal conclusions and argument as to which no response is required.

76. Answering Paragraph 76, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 76 further contains legal conclusions and argument as to which no response is required.

77. Answering Paragraph 77, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 77 further contains legal conclusions and argument as to which no response is required.

78. Answering Paragraph 78, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.  Paragraph 78 further contains legal conclusions and argument as to which no response is required.

79. Answering Paragraph 79, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained

1  therein and on that basis denies such allegations.  Paragraph 79 further contains
2  legal conclusions and argument as to which no response is required.
3       80.    Answering Paragraph 80, Defendant lacks sufficient knowledge or
4  information to form a belief concerning the truth of the factual allegations contained
5  therein and on that basis denies such allegations.  Paragraph 80 further contains
6  legal conclusions and argument as to which no response is required.
7       81.    Answering Paragraph 81, Defendant lacks sufficient knowledge or
8  information to form a belief concerning the truth of the factual allegations contained
9  therein and on that basis denies such allegations.  Paragraph 81 further contains
10 legal conclusions and argument as to which no response is required.
11      82.    Answering Paragraph 82, Defendant lacks sufficient knowledge or
12 information to form a belief concerning the truth of the factual allegations contained
13 therein and on that basis denies such allegations.  Paragraph 82 further contains
14 legal conclusions and argument as to which no response is required.
15      83.    Answering Paragraph 83, Defendant lacks sufficient knowledge or
16 information to form a belief concerning the truth of the factual allegations contained
17 therein and on that basis denies such allegations.  Paragraph 83 further contains
18 legal conclusions and argument as to which no response is required.
19      84.    Answering Paragraph 84, Defendant lacks sufficient knowledge or
20 information to form a belief concerning the truth of the factual allegations contained
21 therein and on that basis denies such allegations.  Paragraph 84 further contains
22 legal conclusions and argument as to which no response is required.
23      85.    Answering Paragraph 85, Defendant lacks sufficient knowledge or
24 information to form a belief concerning the truth of the factual allegations contained
25 therein and on that basis denies such allegations.  Paragraph 85 further contains
26 legal conclusions and argument as to which no response is required.
27      86.    Answering Paragraph 86, Defendant lacks sufficient knowledge or
28 information to form a belief concerning the truth of the factual allegations contained

therein and on that basis denies such allegations. Paragraph 86 further contains legal conclusions and argument as to which no response is required.

87. Answering Paragraph 87, Defendant lacks sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations. Paragraph 87 further contains legal conclusions and argument as to which no response is required.

88. Answering Plaintiff's Prayer for Relief, including subsections (1)-(5), Defendant denies the nature and extent of Plaintiff's claimed damages and deny Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

Defendant pleads the following separate defenses. Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges that the Complaint fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE
### (Assumption of Risk)

2. As a separate and second affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff, and/or the persons and/or entities acting on Plaintiff's behalf, assumed the risk of all conduct of the Plaintiff or its agents.

## THIRD AFFIRMATIVE DEFENSE
### (Failure to Exhaust Administrative Remedies)

3. As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims are barred because Plaintiff failed to exhaust his administrative remedies.

## FOURTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

4. As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's claims, if any, are barred for his failure, and/or the failure of the persons and/or entities acting on his behalf, to mitigate any purported damages.

## FIFTH AFFIRMATIVE DEFENSE
### (Immune from Liability -  Govt Code 820.2)

5. As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Defendant is immune from liability on all causes of action pursuant to California Government Code Section 820.2.

## SIXTH AFFIRMATIVE DEFENSE
### (No Injury or Damage)

6. As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff has not been injured or damaged as a proximate result of any act or omission for which Defendant is responsible.

## SEVENTH AFFIRMATIVE DEFENSE
### (No Malicious Intent)

7. As a separate and seventh affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Defendant did not act with malicious intent to deprive any person of any Constitutional right or to cause any other injury and therefore are not liable.

## EIGHTH AFFIRMATIVE DEFENSE
### (Punitive Damages Barred)

8. As a separate and eighth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that Plaintiff's

alleged claim for punitive damages is barred by the provisions of California Civil Code Sections 3294 and 3295.

## NINTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

9. As a separate and ninth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that the purported causes of action asserted in the Complaint are barred by such statutes of limitation as may be applicable, including, but not limited to, California Code of Civil Procedure Sections 335, 335.1, 336, 337, 338, 339, 340, 340.5, 340.9, 343, 344 and 474.

## TENTH AFFIRMATIVE DEFENSE
### (Waiver and Estoppel)

10. As a separate and tenth affirmative defense to the Complaint and each purported cause of action contained therein, Defendant alleges that as a result of her own acts and/or omissions, Plaintiff has waived any right which he may have had to recover, and/or is estopped from recovering, any relief sought against Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Tort Claims Act Violation)

11. This action is barred by the plaintiff's failure to comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

## TWELFTH AFFIRMATIVE DEFENSE
### (Public Entity/Employee Immunity for Discretionary Acts)

12. There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

**DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

13.     Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

14.     Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et. seq.*, 820 *et. seq.*

15.     Defendant(s) are immune for any detriment resulting from any of their actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq.*, 815 *et seq.*, 820 *et seq.*, and 845 *et seq.*, including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq.*, including, but not limited to, §§ 845.6, 845.8, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

### THIRTEENTH AFFIRMATIVE DEFENSE

16.     To the extent that the Complaint attempts to predicate liability upon the public entity defendant or any employees thereof for purported negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code §§ 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to Plaintiff; and by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal case of any injury alleged in the Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007).

17.     The defendant(s) may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Govt. Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37

17
DEFENDANT COUNTY OF RIVERSIDE'S ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

18. Defendant contends that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiff's Complaint. Accordingly, Defendant expressly reserves the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

WHEREFORE, Defendant prays for relief as follows:

1. That the Complaint be dismissed, with prejudice and in its entirety;
2. That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendant;
3. That Defendant be awarded their costs incurred in defending this action;
4. That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED: September 24, 2025        **MANNING & KASS**
                                 **ELLROD, RAMIREZ, TRESTER LLP**


By:    /s/ Eugene P. Ramirez
       Eugene P. Ramirez
       Kayleigh Andersen
       Attorneys for Defendant, COUNTY OF RIVERSIDE

## DEMAND FOR JURY TRIAL

Defendant, COUNTY OF RIVERSIDE, hereby demands trial of this matter by jury.

DATED: September 22, 2025

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Eugene P. Ramirez
Eugene P. Ramirez
Kayleigh Andersen
Attorneys for Defendant, COUNTY OF RIVERSIDE