# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA ORTEGA, individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, CHAD BIANCO, ERIC PISCATELLA, MARTINEZ MORENO and DOES 1-2,<br><br>        Defendants. | Case No.: 5:25-cv-02238-JGB-SP<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS THE FOURTH CLAIM FOR RELIEF – COMPUTER FRAUD AND ABUSE ACT (CFAA) AGAINST DEFENDANT ERIC PISCATELLA**<br><br>Judge:         Jesus G. Bernal<br>Magistrate:  Shery Pym<br><br>Complaint Filed: August 26, 2025<br>Trial Date: None set |

**IT IS HEREBY ORDERED** that plaintiff's Fourth Claim for Relief, entitled Computer Fraud and Abuse Act (CFAA) is deemed dismissed and no longer alleged as against defendant Eric Piscatella, as per *Van Buren v. United States* (2021) 593 U.S. 374, 378 [141 S.Ct. 1648, 1652, 210 L.Ed.2d 26, 32]. Defendant Eric Piscatella need not respond to the Fourth Claim for Relief in his answer to the Complaint.

**IT IS SO ORDERED.**

Dated: November 14, 2025

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE