1  JAMAL TOOSON - State Bar No. 261373
   JTooson@LnLegal.com
2  LESSEM NEWSTAT & TOOSON, LLP
   3450 Cahuenga Blvd. W. # 102
3  Los Angeles CA 90068
   Phone: (818) 582-3087
4  Fax: (818) 484-3087

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA ORTEGA, individual,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, CHAD BIANCO, ERIC PISCATELLA, MARTINEZ MORENO, and DOES 1-2<br><br>  Defendants. | CASE NO.: 5:25-CV-02238<br><br>**NOTICE OF SETTLEMENT** |

WHEREAS, Plaintiff Briana Ortega filed this action on August 26, 2025;

WHEREAS, Plaintiff served defendants County of Riverside, Chad Bianco, and Martinez Moreno, ("Defendants") on September 4, 2025 and Eric Piscatella ("Defendant") on September 11, 2025.

WHEREAS, Plaintiff Briana Ortega and Defendants County of Riverside et. al., have entered into a conditional settlement agreement on February 23, 2026.

WHEREAS, the settlement is subject to the County's litigation approval process which takes at least 3 months, all parties ask the court to vacate all current

court dates and appearances while maintaining jurisdiction over the case until final County approval along with setting a status date approximately 4 months out.

DATED: 02/25/26

LESSEM, NEWSTAT & TOOSON, LLP

/s/ Jamal Tooson
By: _____
JAMAL TOOSON
Attorneys for Plaintiff
Briana Ortega

DATED: 02/27/26

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

/s/ Eugene Ramirez
By: _____
Eugene Ramirez
Attorneys for Defendants
County of Riverside, Chad Bianco and
Martinez Moreno

DATED: 02/27/26

Dean Gazzo Roistacher, LLP

/s/ Mitchell Dean
By: _____
Mitchell Dean

Attorneys for Defendants

Eric Piscatella